UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-124-3

vs.

KELLI M. SHEPPARD,                    District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 75)

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Kelli M. Sheppard's guilty plea. Doc. No. 75. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count one the indictment currently pending against her and finds her guilty as charged of conspiracy to commit SNAP Fraud in violation of 18 U.S.C. § 371. *See* Doc. No. 29. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   February 21, 2023                        s/Michael J. Newman
                                                          Hon. Michael J. Newman
                                                            United States District Judge